UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:24-cr-234-VMC-AAS

18 U.S.C. § 2232(a)

CHRISTOPHER SWITLYK



SEALED

### INDICTMENT

The Grand Jury charges:

### COUNT ONE
### (Removal of Property to Prevent Seizure)

On or about November 16, 2022, in the Middle District of Florida, the defendant,

CHRISTOPHER SWITLYK,

before, during, or after the seizure of property by investigators of the United States Marshals Service, persons authorized to make such seizure, did knowingly dispose of and transfer real property located at 516 Shady Place, Daytona Beach, Florida 32114, for the purpose of preventing and impairing the Government's lawful authority to take said property into its custody and control.

In violation of 18 U.S.C. § 2232(a).

## COUNT TWO
### (Removal of Property to Prevent Seizure)

On or about November 16, 2022, in the Middle District of Florida, the defendant,

CHRISTOPHER SWITLYK,

before, during, or after the seizure of property by investigators of the United States Marshals Service, persons authorized to make such seizure, did knowingly dispose of and transfer real property located at 118 Aleatha Drive, Daytona Beach, Florida 32114, for the purpose of preventing and impairing the Government's lawful authority to take said property into its custody and control.

In violation of 18 U.S.C. § 2232(a).

## COUNT THREE
### (Removal of Property to Prevent Seizure)

On or about November 16, 2022, in the Middle District of Florida, the defendant,

CHRISTOPHER SWITLYK,

before, during, or after the seizure of property by investigators of the United States Marshals Service, persons authorized to make such seizure, did knowingly dispose of and transfer a vehicle, to wit: a 2022 Tesla Model X, for the purpose of preventing and impairing the Government's lawful authority to take said property into its custody and control.

In violation of 18 U.S.C. § 2232(a).

## COUNT FOUR
### (Removal of Property to Prevent Seizure)

On or about November 17, 2022, in the Middle District of Florida, the defendant,

CHRISTOPHER SWITLYK,

before, during, or after the seizure of property by investigators of the United States Marshals Service, persons authorized to make such seizure, did knowingly dispose of and transfer real property located at 2410 Victoria Gardens Lane, Tampa, Florida 33609, for the purpose of preventing and impairing the Government's lawful authority to take said property into its custody and control.

In violation of 18 U.S.C. § 2232(a).

A TRUE BILL,

███████████████████████

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Ross Roberts
Assistant United States Attorney

By: _____
  for Stacie B. Harris
Assistant United States Attorney
Chief, Special Victims Section

3

FORM OBD-34
May 24

No. _____

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

CHRISTOPHER SWITLYK

INDICTMENT

Violations: 18 U.S.C. § 2232(a)

A true bill,

███████████████
Foreperson

Filed in open court this 23rd day

of May, 2024.

Amanda Craig, Clerk

Bail $ _____

GPO 863 525