UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No. 8:24-cr-234-VMC-AAS-1

**CHRISTOPHER SWITLYK.**
_____/

### ORDER OF RECUSAL

A member of the undersigned's family appeared as Christopher Switlyk's counsel. Given this relationship, my impartiality might be reasonably questioned. Under 28 U.S.C. Section 455(a), a judge shall disqualify herself in any proceeding in which her impartiality might reasonably be questioned. When the proper grounds exist, a judge has an affirmative and self-enforcing obligation to recuse herself *sua sponte* with any doubts to be resolved in favor of disqualification. *United States v. Kelly*, 888 F.2d 732, 744 (11th Cir. 1989).

It is appropriate for me to recuse myself. The Clerk of Court is **DIRECTED** to randomly reassign this case to another United States Magistrate Judge.

**ORDERED** in Tampa, Florida on July 18, 2024.

_____
AMANDA ARNOLD SANSONE
United States Magistrate Judge